Opinion issued January 26, 2012

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00004-CV

NO. 01-12-00005-CV

———————————

IN re siddco union, ltd. and sohail siddiqui, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relators,
Siddco Union, LTD. and Sohail
Siddiqui,
have filed a petition for writ of mandamus, challenging the trial court’s November
23, 2011 order appointing an arbitrator.[1]  

We deny the petition for
writ of mandamus.  

 

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Jennings and Huddle.

 











[1]
        The underlying cases are styled Siddco Union, LTD. v. Patel,  No. 2010-52576, and Siddco Union, LTD. v. Patel, 2011-52860, both pending in the 190th
District Court of Harris County, Texas, the Honorable Patricia J. Kerrigan
presiding.